IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:15-00513(BHH)-1 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ALEKSANDR SHMAKOV | ) | |
| _____ | ) | |

Pursuant to motion of the Defendant, Aleksandr Shmakov, with the consent of the United States, it is hereby ordered that:

1. Mr. Shmakov may pay $5,000.00 to the Clerk of Court as prejudgement restitution;

2. The Clerk of Court is authorized to accept these funds; and

3. The Clerk of Court is authorized to distribute these funds to the United States, as the victim in this case.

IT IS SO ORDERED.

s/ Bruce Howe Hendricks
Bruce Howe Hendricks
United States District Judge

Charleston, South Carolina

August 2, 2016