# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| United States of America | ) | Case # 4:15cr513-BHH-1 |
|---|---|---|
| | ) | |
| | ) | |
| v | ) | |
| | ) | |
| Aleksandr Shmakov | ) | |
| | | ORDER |
| Defendant | | |

This matter is before the Court on Defendant's motion for return of bond (ECF No. 303).

At a hearing on September 2, 2015, Court set a $100,000.00 secured bond for Defendant.  Thereafter, a $10,000.00 cash bond was posted by Andrei Vereshchaka, on Defendant's behalf.  Thereafter, a Notice of Assignment of Bond Deposited was executed by Andrei Vereshchaka assigning the bond money to the Defendant's father, Andrei Shmakov. (ECF 77).

Defendant pled guilty to Count 1s of the Superseding Indictment and was sentenced to a one (1) month period of incarceration.

The Court has confirmed with the financial Office of the Clerk of Court that the bond has not been returned.  It appears that all obligations arising from the bond have been discharged.  Accordingly, Defendant's motion for return of bond, ECF No. 303, is GRANTED. The Clerk is directed to return to Andrei Shmakov, Apartment 401; 41-1 Nastavnikov prospect, Saint Petersburg, Russia  195030, the cash deposit in the amount of $10,000.00 that was deposited with the court.

_____
Hon. Bruce Howe Hendricks
United States District Judge

Florence, S. C.

December ___, 2016